PATRICK J. FOLAN (STATE BAR #125340)
DONALD B. WALLACE (STATE BAR #94443)
STEVEN W. BRENNAN (STATE BAR #110256)
ST. JOHN, WALLACE, BRENNAN & FOLAN LLP
21515 Hawthorne Boulevard, Suite 1120
Torrance, California 90503-6504
Telephone: (310) 792-1075
Facsimile: (310) 792-0635

Attorneys for Plaintiff
Morgan Stanley DW Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| Morgan Stanley DW Inc., a corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>William Kobane, an individual,<br><br>　　　　Defendant. | **CASE NO. 2:05-CV-01653 LKK-DAD**<br><br>**STIPULATION RE: STATUS CONFERENCE AND ORDER THEREON** |

Plaintiff Morgan Stanley DW Inc. ("Morgan Stanley") and defendant William Kobane ("Kobane"), by and through his counsel of record, hereby stipulate and agree as follows:

1. On August 17, 2005 Morgan Stanley filed an action against Kobane at which time pursuant to the Order Setting Status Conference the Court Ordered Morgan Stanley and Kobane to confer and develop a proposed discovery plan, file a Joint Status Report no later than 4:30 p.m. on October 7, 2005 and further set a Status Conference for October 17, 2005 at 2:00 p.m. in Chambers/Courtroom 4.

2. On August 22, 2005 the Court entered an Order against Kobane which provides, <u>inter alia</u>, that "the parties are directed to proceed toward expedited arbitration";

3. The matter is now in arbitration before the NASD;

1

STIPULATION RE: STATUS CONFERENCE AND ORDER THEREON

4. Morgan Stanley and Kobane wish to avoid the expense and the judicial time associated with compliance with the Court's Order Setting Status Conference; and

5. The Court continues to have subject matter jurisdiction over this action.

Accordingly, Morgan Stanley and Kobane request that they be relieved of the requirements set forth in the Order Setting Status Conference and that the Status Conference set for October 17, 2005 be continued to February 21, 2006 as well as all corresponding dates as described in the Order Setting Status Conference.

**SO STIPULATED:**

DATED: September ___, 2005           ST. JOHN, WALLACE, BRENNAN
                                     & FOLAN LLP


                                     By: /signature on original
                                         Patrick J. Folan
                                     Attorneys for Plaintiff
                                     Morgan Stanley DW Inc.

DATED: September ___, 2005           MCDONOUGH, HOLLAND & ALLEN


                                     By: /signature on original
                                         Susan L. Schoenig
                                     Attorneys for Defendant
                                     William Kobane


**IT IS HEREBY ORDERED** that Morgan Stanley and Kobane are relieved of the requirements set forth in the Order Setting Status Conference, and that the Status Conference set for October 17, 2005 is continued to February 21, 2006, at 10:00 a.m. and the corresponding dates as described in the Order Setting Status Conference are continued.


Dated: September 21, 2005.           /s/Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

STIPULATION RE: STATUS CONFERENCE AND ORDER THEREON