```
 1  PATRICK J. FOLAN (STATE BAR #125340)
    DONALD B. WALLACE (STATE BAR #94443)
 2  STEVEN W. BRENNAN (STATE BAR #110256)
    ST. JOHN, WALLACE, BRENNAN & FOLAN LLP
 3  21515 Hawthorne Boulevard, Suite 1120
    Torrance, California 90503-6504
 4  Telephone:  (310) 792-1075
    Facsimile:  (310) 792-0635
 5
    Attorneys for Plaintiff
 6  Morgan Stanley DW Inc.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| Morgan Stanley DW Inc.,<br>a corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>William Kobane, an individual,<br><br>    Defendant. | **CASE NO. 2:05-CV-01653 LKK-DAD**<br><br>**STIPULATION RE: STATUS CONFERENCE AND ORDER THEREON** |

Plaintiff Morgan Stanley DW Inc. ("Morgan Stanley") and defendant William Kobane ("Kobane"), by and through his counsel of record, hereby stipulate and agree as follows:

1. On August 17, 2005 Morgan Stanley filed an action against Kobane at which time pursuant to the Order Setting Status Conference the Court Ordered Morgan Stanley and Kobane to confer and develop a proposed discovery plan, file a Joint Status Report no later than 4:30 p.m. on October 7, 2005 and further set a Status Conference for October 17, 2005 at 2:00 p.m. in Chambers/Courtroom 4.

2. On August 22, 2005 the Court entered an Order against Kobane which provides, <u>inter alia</u>, that "the parties are directed to proceed toward expedited arbitration";

3. The matter is now in arbitration before the NASD;

1

4. Morgan Stanley and Kobane wish to avoid the expense and the judicial time associated with compliance with the Court's Order Setting Status Conference and, pursuant to a signed stipulation between the parties, on September 21, 2005 the Court ordered the Status Conference set for October 17, 2005 continued to February 21, 2006; and

5. The Court continues to have subject matter jurisdiction over this action.

Morgan Stanley and Kobane request that the Status Conference set for February 21, 2006 be continued to June 19, 2006, as well as all corresponding dates as described in the Order Setting Status Conference.

**SO STIPULATED:**

DATED: February ___, 2006        ST. JOHN, WALLACE, BRENNAN
                                 & FOLAN LLP

                                 /signature on original
                                 Patrick J. Folan
                                 Attorneys for Plaintiff
                                 Morgan Stanley DW Inc.

DATED: February ___, 2006        MCDONOUGH, HOLLAND & ALLEN

                                 /signature on original
                                 Susan L. Schoenig
                                 Attorneys for Defendant
                                 William Kobane

///
///
///
///
///
///
///
///

STIPULATION RE: STATUS CONFERENCE AND ORDER THEREON

1   **IT IS HEREBY ORDERED** that the Status Conference set for February 21, 2006 at 10:00
2   a.m. is continued to June 19, 2006 at 10:00 a.m. and the corresponding dates as described in the
3   Order Setting Status Conference are continued.
4   **IT IS SO ORDERED**
5   Dated: February 14, 2006.

6   　　　　　　　　　　　　　　　　　/s/Lawrence K. Karlton
　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
7   　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT